


Case 6:20-cv-00494-ADA   Document 100   Filed 08/05/21   Page 1 of 2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>ZTE CORPORATION, ZTE (USA) INC., AND ZTE (TX), INC.<br><br>Defendants. | CIVIL ACTION NO. 6:20-cv-487-ADA<br>CIVIL ACTION NO. 6:20-cv-488-ADA<br>CIVIL ACTION NO. 6:20-cv-489-ADA<br>CIVIL ACTION NO. 6:20-cv-490-ADA<br>CIVIL ACTION NO. 6:20-cv-491-ADA<br>CIVIL ACTION NO. 6:20-cv-492-ADA<br>CIVIL ACTION NO. 6:20-cv-493-ADA<br>CIVIL ACTION NO. 6:20-cv-494-ADA<br>CIVIL ACTION NO. 6:20-cv-495-ADA<br>CIVIL ACTION NO. 6:20-cv-496-ADA<br>CIVIL ACTION NO. 6:20-cv-497-ADA<br><br>JURY TRIAL DEMANDED |

## RESPONSE REGARDING NOTICE OF SUPPLEMENTAL AUTHORITY

The arguments contained in ZTE's "Notice of Supplemental Authority" are improper briefing, filed without leave, and should be stricken or ignored. ZTE's pretext for filing a new brief without leave is unpersuasive. *In re Andra* does not represent a change in law. *See In re Andra Group LLP*, Case 20-2009 (Dkt. No. 41, Order) (Fed. Cir. Aug. 3, 2021). Rather, it applies existing law to the specific facts of a specific case. ZTE already had full opportunity to argue the law relating to agency and ratification to the facts of *this* case, which differ from *In re Andra*. ZTE's belated attempt to re-brief these issues should be rejected.

To the extent this Court is taking "notice" of *In re Andra*, however, it should take notice that the District Court dismissed *only* the Non-Store Defendants. *See* ZTE's Notice, Ex. A *3-4. It did not dismiss the "Stores" defendant because it found venue was proper against that defendant. *Id.* This, of course, contradicts ZTE's incorrect argument, raised for the first time during the hearing on its motion, that if venue is improper as to *any* defendant, a court must dismiss *all* defendants.


1

Therefore, WSOU respectfully requests that the Court strike ZTE's "notice" because it is not a notice. Rather, it is more briefing filed without leave, filed without even consulting WSOU, and is argumentative.

Dated: August 5, 2021　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　By:　　/s/ Ryan Loveless
　　　　　　　　　　　　　　　　　　　　James L. Etheridge
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24059147
　　　　　　　　　　　　　　　　　　　　Ryan S. Loveless
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24036997
　　　　　　　　　　　　　　　　　　　　**Etheridge Law Group, PLLC**
　　　　　　　　　　　　　　　　　　　　2600 E. Southlake Blvd., Suite 120 / 324
　　　　　　　　　　　　　　　　　　　　Southlake, TX 76092
　　　　　　　　　　　　　　　　　　　　Tel.: (817) 470-7249
　　　　　　　　　　　　　　　　　　　　Fax: (817) 887-5950
　　　　　　　　　　　　　　　　　　　　Jim@EtheridgeLaw.com
　　　　　　　　　　　　　　　　　　　　Ryan@EtheridgeLaw.com

　　　　　　　　　　　　　　　　　　　　Mark D. Siegmund
　　　　　　　　　　　　　　　　　　　　State Bar No. 24117055
　　　　　　　　　　　　　　　　　　　　mark@waltfairpllc.com
　　　　　　　　　　　　　　　　　　　　Law Firm of Walt, Fair PLLC.
　　　　　　　　　　　　　　　　　　　　1508 North Valley Mills Drive
　　　　　　　　　　　　　　　　　　　　Waco, Texas 76710
　　　　　　　　　　　　　　　　　　　　Telephone: (254) 772-6400
　　　　　　　　　　　　　　　　　　　　Facsimile: (254) 772-6432

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff WSOU Investments, LLC*

**CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing instrument was served or delivered electronically via the U.S. District Court [LIVE]-Document Filing System to all counsel of record August 5, 2021.

　　　　　　　　　　　　　　　　　　　　/s/ Ryan Loveless
　　　　　　　　　　　　　　　　　　　　Ryan S. Loveless